| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esquire<br>1 Eves Drive, Suite 111<br>Marlton, NJ 08053-3125<br>Attorney for Debtor<br>RM-1141<br><br>In Re:<br><br>    Shaun J. Reiss | Case No. 18-25819MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter 13 |

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**

   X   **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

      **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1.   __X__  Motion for Relief from the Automatic Stay filed by <u>PNC Bank, NA</u>, creditor. A hearing has been scheduled for <u>March 12, 2019</u>, at <u>9:00</u> a.m.

                            OR

  ____  Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at_____ a.m.

                            OR

  _____ Certification of Default filed by _____, creditor. I am requesting that a hearing be scheduled on this matter.

                            OR

  ____ Certification of Default filed by Standing Chapter 13 Trustee.
I am requesting that a hearing be scheduled on this matter.

2.     I am objecting to the above for the following reasons (**choose one**):

_____ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

OR

_____ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

OR

__X__ Other: I made a payment of $2,623 on February 27, 2019. I would like to resume regular mortgage payments as of March 2019 and cure the arrears over six (6) months beginning April 2019. I respectfully request the court deny the movant's motion and allow me to continue and complete my bankruptcy plan.

3.     This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4.     I certify under penalty of perjury that the foregoing is true and correct.

Date: ___3/1/2019___                                      /s/ Shaun J. Reiss
                                                                          Shaun J. Reiss, Debtor