| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Toyota Lease Trust | **Order Filed on April 2, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>      Shaun J. Reiss,<br><br>Debtor. | Case No.: 18-25819 MBK<br><br>Adv. No.:<br><br>Hearing Date: 3/26/19 @ 9:00 a.m..<br><br>Judge: Michael B. Kaplan |

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 2, 2019**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Shaun J. Reiss
Case No:  18-25819 MBK
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Lease Trust, Denise Carlon appearing, upon a motion to vacate the automatic stay as to 2013 Toyota Highlander, VIN: 5TDBK3EH4DS225205, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Robert Manchel, Esquire, attorney for Debtor, and for good cause having been shown

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to 2013 Toyota Highlander, VIN: 5TDBK3EH4DS225205 is hereby vacated effective April 15, 2019; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property.

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.