Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–25819–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shaun J. Reiss
    7 Buxton Drive
    East Windsor, NJ 08520
Social Security No.:
    xxx–xx–7796
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             6/11/19
Time:             10:00 AM
Location:             Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 9, 2019
JAN: amg

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 18-25819-MBK
Shaun J. Reiss                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 2        Date Rcvd: May 09, 2019
                           Form ID: 132           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db         +Shaun J. Reiss,   7 Buxton Drive,   East Windsor, NJ 08520-1701
517689985  +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517816981  +Citibank, N.A.,   Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
517790723  +Credit Union of New Jersey,   c/o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
            Tinton Falls, NJ 07724-3001
517689988  +Kay Jewelers/genesis,   15220 Nw Greenbrier, Ste,   Beaverton, OR 97006-5744
517689989  +Lenders Club,   71 Stevenson Street, Suite 1000.,   San Francisco, CA 94105-2967
517689991  +Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
517797005  +PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
517689993  +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
517689994  +Robert Manchel,   1 Eves Dr., Suite 111,   Marlton, NJ 08053-3125
517689995  +Sanjeev Verma,   c/o Law Offices of Alan R. Ackerman,   1719 Route 10 East, Suite 106,
            Parsippany, NJ 07054-4519
517790513  +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
            Addison, Texas 75001-9013
517689996  +Toyota Motor Credit Co,   Po Box 9786,   Cedar Rapids, IA 52409-0004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 22:35:59    U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 22:35:58    United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
517689986  +E-mail/Text: bankruptcy@cunj.org May 09 2019 22:35:57    Credit Union Of N J,   Po Box 7921,
            Ewing, NJ 08628-0921
            E-mail/Text: mrdiscen@discover.com May 09 2019 22:35:49    Discover Bank,
            Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
517689987  +E-mail/Text: mrdiscen@discover.com May 09 2019 22:35:49    Discover Fin Svcs Llc,
            Po Box 15316,   Wilmington, DE 19850-5316
517752169   E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2019 22:43:07
            LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
            FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517689990  +E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2019 22:43:35    Lvnv Funding Llc,
            Po Box 1269,   Greenville, SC 29602-1269
517720486  +E-mail/PDF: cbp@onemainfinancial.com May 09 2019 22:43:33    OneMain,   PO Box 3251,
            Evansville, IN 44731-3251
517689992  +E-mail/PDF: cbp@onemainfinancial.com May 09 2019 22:44:04    Onemain,   Po Box 1010,
            Evansville, IN 44706-1010
                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517689997   Toyota Motor Credit Corporation
517788857* +Mariner Finance, LLC,   8211 Town Center Drive,   Nottingham, MD 21236-5904
                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
          Albert Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: May 09, 2019
                             Form ID: 132              Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Robert  Manchel    on behalf of Debtor Shaun J. Reiss manchellaw@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 7
```