Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18−25819−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shaun J. Reiss
   7 Buxton Drive
   East Windsor, NJ 08520

Social Security No.:
   xxx−xx−7796

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/11/19 at 09:00 AM

to consider and act upon the following:

**54** − Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 7 Buxton Drive, East Windsor NJ 08520. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, Motion for Relief from Co−Debtor Stay of Corinne Reiss, 27 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay, 46 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 52 Order (Generic)) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 11/19/2019. (Attachments: # 1 Exhibit Agreed order # 2 Exhibit Certification of Post−Petition History # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 11/18/19

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court