| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Shaun J. Reiss<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–7796<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   8/7/18 |
| Case number: | 18–25819–MBK | Date case converted to chapter: | 7   5/4/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shaun J. Reiss | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7 Buxton Drive<br>East Windsor, NJ 08520 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert Manchel<br>Law Office of Robert Manchel<br>Executive Center of Greentree<br>One Eves Drive, Suite 111<br>Marlton, NJ 08053 | Contact phone (856) 797–1500<br><br>Email: manchellaw@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Karen E. Bezner<br>567 Park Avenue, Suite 103<br>Scotch Plains, NJ 07076 | Contact phone (908) 322–8484 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 5/6/20 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 19, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 8/18/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 18-25819-MBK
Shaun J. Reiss                                                          Chapter 7
            Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2          Date Rcvd: May 06, 2020
                              Form ID: 309A               Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
db             +Shaun J. Reiss,    7 Buxton Drive,    East Windsor, NJ 08520-1701
tr             +Karen E. Bezner,   567 Park Avenue, Suite 103,    Scotch Plains, NJ 07076-1754
517689986      +Credit Union Of N J,    Po Box 7921,   Ewing, NJ 08628-0921
517790723      +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517689988      +Kay Jewelers/genesis,    15220 Nw Greenbrier, Ste,    Beaverton, OR 97006-5744
517689989      +Lenders Club,   71 Stevenson Street, Suite 1000.,    San Francisco, CA 94105-2967
517689991      +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517797005      +PNC Bank, N.A.,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
517689993      +Pnc Mortgage,   Po Box 8703,    Dayton, OH 45401-8703
517689995      +Sanjeev Verma,   c/o Law Offices of Alan R. Ackerman,    1719 Route 10 East, Suite 106,
                 Parsippany, NJ 07054-4519
517790513      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: manchellaw@yahoo.com May 06 2020 22:57:39     Robert Manchel,
                 Law Office of Robert Manchel,   Executive Center of Greentree,    One Eves Drive, Suite 111,
                 Marlton, NJ  08053
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 06 2020 22:59:20     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 06 2020 22:59:18      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517816981      +EDI: CITICORP.COM May 07 2020 02:43:00     Citibank, N.A.,   Citibank, N.A.,
                 701 East 60th Street North,   Sioux Falls, SD 57104-0493
517699112       EDI: DISCOVER.COM May 07 2020 02:43:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
517689987      +EDI: DISCOVER.COM May 07 2020 02:43:00     Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
517689985       EDI: JPMORGANCHASE May 07 2020 02:43:00     Chase Card,   Po Box 15298,   Wilmington, DE 19850
517752169       E-mail/PDF: resurgentbknotifications@resurgent.com May 06 2020 23:09:14
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
517689990      +E-mail/PDF: resurgentbknotifications@resurgent.com May 06 2020 23:09:12     Lvnv Funding Llc,
                 Po Box 1269,   Greenville, SC 29602-1269
517720486      +EDI: AGFINANCE.COM May 07 2020 02:43:00     OneMain,   PO Box 3251,   Evansville, IN 47731-3251
517689992      +EDI: AGFINANCE.COM May 07 2020 02:43:00     Onemain,   Po Box 1010,   Evansville, IN 47706-1010
517689994       E-mail/Text: manchellaw@yahoo.com May 06 2020 22:57:39     Robert Manchel,
                 1 Eves Dr., Suite 111,   Marlton, NJ 08053
518441829       EDI: BL-BECKET.COM May 07 2020 02:43:00     Toyota Lease Trust,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517689996      +EDI: TFSR.COM May 07 2020 02:43:00     Toyota Motor Credit Co,   Po Box 9786,
                 Cedar Rapids, IA 52409-0004
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517689997        Toyota Motor Credit Corporation
517788857*      +Mariner Finance, LLC,   8211 Town Center Drive,   Nottingham, MD 21236-5904
                                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                    Signature: /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: May 06, 2020
                              Form ID: 309A            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0
```