UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Shaun Reiss

Case No.: 18-25819
Chapter: 7
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, U.S.B.J.__ on __September 15, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
7 Buxton Drive,
East Windsor, New Jersey
Valued at $335,000.00

Liens on property: PNC Mortgage, $327,209.00

Amount of equity claimed as exempt: $25,150.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                             Case No. 18-25819-KCF
Shaun J. Reiss                                                     Chapter 7
          Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2              Date Rcvd: Aug 17, 2020
                              Form ID: pdf905              Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2020.
db             +Shaun J. Reiss,    7 Buxton Drive,    East Windsor, NJ 08520-1701
517816981      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517790723      +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517689988      +Kay Jewelers/genesis,    15220 Nw Greenbrier, Ste,    Beaverton, OR 97006-5744
517689989      +Lenders Club,    71 Stevenson Street, Suite 1000.,    San Francisco, CA 94105-2967
517689991      +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517797005      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
517689993      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
517689994      +Robert Manchel,    1 Eves Dr., Suite 111,    Marlton, NJ 08053-3125
517689995      +Sanjeev Verma,    c/o Law Offices of Alan R. Ackerman,    1719 Route 10 East, Suite 106,
                 Parsippany, NJ 07054-4519
517790513      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518441829       Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517689996      +Toyota Motor Credit Co,    Po Box 9786,    Cedar Rapids, IA 52409-0004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2020 00:30:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2020 00:30:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517689986      +E-mail/Text: bankruptcy@cunj.org Aug 18 2020 00:29:51      Credit Union Of N J,    Po Box 7921,
                 Ewing, NJ 08628-0921
517699112       E-mail/Text: mrdiscen@discover.com Aug 18 2020 00:28:57      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517689987      +E-mail/Text: mrdiscen@discover.com Aug 18 2020 00:28:57      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
517689985       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 18 2020 00:33:13      Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
517752169       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2020 00:32:12
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517689990      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2020 00:32:47      Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
517720486      +E-mail/PDF: cbp@onemainfinancial.com Aug 18 2020 00:31:53      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
517689992      +E-mail/PDF: cbp@onemainfinancial.com Aug 18 2020 00:32:27      Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517689997       Toyota Motor Credit Corporation
517788857*     +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Aug 17, 2020
                              Form ID: pdf905          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2020 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Robert   Manchel    on behalf of Debtor Shaun J. Reiss manchellaw@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```